UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOSEPH OIGO MARWOKA,**

 Plaintiff,

v.             No. 4:22-CV-0634-P

**MERRICK B GARLAND, ET AL.,**

 Defendants.

## ORDER

 The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 9. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

 The Court **DISMISSES** this case **without prejudice** because Plaintiff failed to comply with the court's December 13, 2022 order and failed to timely serve Defendants.

 **SO ORDERED** on this **19th day of January 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE